**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 17-22679-CIV-MARTINEZ/OTAZO-REYES

SHOW ME HOSPITALITY, LLC, a
Missouri limited liability company,

    Plaintiff,

v.

TIM HORTONS USA, INC., a
Delaware corporation,

    Defendant.
_____/

**SHOW ME HOSPITALITY AND THUSA'S JOINT MOTION TO EXTEND ALL DEADLINES INCLUDING TRIAL DEADLINES AND TO <u>CONSOLIDATE DISCOVERY</u>**

Plaintiff Show Me Hospitality, LLC ("Show Me") and Defendant Tim Hortons USA, Inc. ("THUSA") (collectively the "Parties"), by and through their respective undersigned counsel, jointly move for the entry of an order to extend all deadlines, including the trial deadlines, to coincide with the deadlines this Court enters in the Joint Scheduling Report in the matter *Tim Hortons USA, Inc. v. Show Me Hospitality, LLC and Eric D. Sigurdson*, Case No. 17-24423-CIV-MARTINEZ.

1. As this Court is aware, the Parties are involved in a related action, *Tim Hortons USA, Inc. v. Show Me Hospitality, LLC and Eric D. Sigurdson*, Case No. 17-24423-CIV-MARTINEZ (the "THUSA Initiated Action"), that is also pending before this Court. THUSA filed the THUSA Initiated Action on December 6, 2017, which was transferred to this Court on March 1, 2018. A Scheduling Order has not yet been entered in that matter.

2. As the THUSA Initiated Action and this matter are related matters, much of the

discovery for the two matters will overlap. For example, many of the witnesses that the parties will depose in this matter will likely need to be deposed in the THUSA Initiated Action as well.

3. Accordingly, the Parties agree and submit to this Court that it would make sense for this matter and the THUSA Initiated Action to have the same Scheduling Order dates, including trial date, and to consolidate discovery in the two actions. However, because a Scheduling Order is just now going to be issued in the THUSA Initiated Action and discovery has not yet begun in that matter, it is not possible for the Parties to comply with the dates set forth in the Scheduling Order for this matter in the THUSA Initiated Action. Accordingly, the Parties respectfully request that this Court amend the Scheduling Order in this action, including the trial date, to be consistent with the Scheduling Order that this Court will be entering in the THUSA Initiated Action.

4. This request will not prejudice any of the Parties as the Parties are in agreement, and it makes sense for this Court to consider these matters on the same timeline. Further, an extension of the deadlines in the Scheduling Order in this matter will allow the parties to streamline their discovery in response to the Order this Court issued on March 29, 2018, on the motion to dismiss in the instant action.

5. Accordingly, the Parties jointly request that this Court extend all pending deadlines in this matter, including the trial deadlines, to coincide with the deadlines that this Court enters in the Scheduling Order in the THUSA Initiated Action.

6. Thus, for the good cause set forth above, the Parties respectfully request that this Court enter an Order to extend all deadlines, including the trial deadlines, to coincide with the deadlines this Court enters in the Scheduling Order in the THUSA Initiated Action and consolidate discovery in the two matters.

WHEREFORE, Plaintiff Show Me Hospitality, LLC and Defendant Tim Hortons USA,

Inc. request that this Court enter an Order to extend all deadlines, including the trial deadlines, to coincide with the deadlines this Court enters in the Scheduling Order in *Tim Hortons USA, Inc. v. Show Me Hospitality, LLC and Eric D. Sigurdson*, Case No. 17-24423-CIV-MARTINEZ, consolidate discovery in the two cases, and for such further and other relief as this Court deems proper.

Dated this 6th day of April, 2018.

| | |
|---|---|
| GENOVESE JOBLOVE & BATTISTA, P.A.<br>*Attorneys Defendant Tim Hortons USA, Inc.*<br>100 S.E. 2nd Street<br>Miami Tower, Suite 4400<br>Miami, FL 33131<br>T: (305) 349-2300<br>F: (305) 349-2310 | ZARCO EINHORN SALKOWSKI & BRITO, P.A.<br>*Attorneys for Plaintiff Show Me Hospitality, LLC*<br>100 S.E. 2nd Street<br>Miami Tower, 27th Floor<br>Miami, FL 33131<br>T: (305) 374-5418<br>F: (305) 374-5428<br><br>--and--<br><br>DADY & GARDNER, P.A.<br>*Attorneys for Plaintiff Show Me Hospitality, LLC*<br>5100 IDS Center, 80 South Eighth Street<br>Minneapolis, MN 55402<br>T: (612) 359-9000 |
| By: s/ Nina Greene_____<br>   Michael D. Joblove<br>   Fla. Bar No. 354147<br>   mjoblove@gjb-law.com<br>   Nina Greene<br>   Fla. Bar No. 72079<br>   ngreene@gjb-law.com | By: s/ Andrew M. Malzahn_____<br>   Scott E. Korzenowski MN #027155X<br>   (Admitted pro hac vice)<br>   sekorzenowski@dadygardner.com<br>   Andrew M. Malzahn MN #0397571<br>   (Admitted pro hac vice)<br>   amalzahn@dadygardner.com |

3

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

      /s/Nina Greene
      Attorney

## SERVICE LIST

*Show Me Hospitality, LLC v. Tim Hortons USA, Inc.*
**CASE NO.: 17-22679-CIV-MARTINEZ/OTAZO-REYES**

**(1)** Michael D. Joblove
mjoblove@gjb-law.com
Nina Greene
ngreene@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:      (305) 349-2310
*Attorneys for Defendant Tim Hortons USA, Inc.*

**(2)** Robert Zarco
rzarco@zarcolaw.com
Robert M. Einhorn
reinhorn@zarcolaw.com
Alaina B. Siminovsky
asiminovsky@zarcolaw.com
ZARCO EINHORN SALKOWSKI & BRITO, P.A.
2700 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 374-5418
Facsimile:      (305) 374-5428
*Attorneys for Plaintiff Show Me Hospitality, LLC*
**SERVED VIA CM/ECF**

**(3)** Scott E. Korzenowski - *Pro Hac Vice*
sekorzenowski@dadygarner.com
Andrew M. Malzahn - *Pro Hac Vice*
amalzahn@dadygarner.com
DADY & GARDNER, P.A.
5100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*Attorneys for Plaintiff Show Me Hospitality, LLC*
**SERVED VIA CM/ECF**

11515-004/993