UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: **17-22679-CIV-MARTINEZ-OTAZO-REYES**

SHOW ME HOSPITALITY, LLC,
    Plaintiff,

vs.

TIM HORTONS USA INC.,
    Defendant.
_____/

## ORDER REVISING SCHEDULING ORDER AND CONSOLIDATING CASES FOR DISCOVERY

THIS CAUSE came before the Court upon the parties' Joint Motion to Extend All Deadlines Including Trial Deadlines and to Consolidate Discovery ("Joint Motion") [ECF No. 38]. The parties are involved in a related action, *Tim Hortons USA, Inc. v. Show Me Hospitality, LLC and Eric D. Sigurdson,* Case No. 17-24423-CIV-MARTINEZ ("related action"), which is also pending before this Court. The parties request that (a) the Scheduling Order in this action be amended to be consistent with the Scheduling Order entered in the related action and (b) to consolidate discovery in both cases. A review of the instant action demonstrates that the case turns in large part upon the same operative facts as Case No. 17-24423. Accordingly, this Court finds that judicial economy will be best served by consolidating the two actions for discovery. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

    1.    The parties' Joint Motion [ECF No. 38] is **GRANTED,** as set forth herein.

    2.    The instant action, Case No. 17-22679 is **CONSOLIDATED** with Case No. 17-24423 with respect to discovery.

    3.    The previous calendar call and trial date are hereby **CANCELLED**. Trial is rescheduled to commence during the two-week period beginning **Monday, February 4, 2019, at 9:30 a.m.**, with calendar call commencing on **Thursday, January 31, 2019, at 1:30 p.m.**

    4.    The following pretrial deadlines are reset:

        9-27-2018    All discovery, including expert discovery, shall be completed.

| | |
|---|---|
| 10-9-2018 | A mediator must be selected. |
| 10-29-2018 | All *Daubert*, summary judgment, and other dispositive motions must be filed. |
| Note: | In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| 12-6-2018 | Mediation shall be completed. |
| 12-21-2018 | All pretrial motions and memoranda of law,[1] such as motions in limine, must be filed. |
| 1-15-2019 | Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of the Court's scheduling order [ECF No. 26]. |
| 1-28-2019 | Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed. |
| 1-30-2019 | Proposed voir dire questions must be filed. |

5. The Court's scheduling order [ECF No. 26] shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

---

[1] This deadline does not pertain to *Daubert* motions or dispositive motions, including summary judgment motions, as a specific deadline has already been provided for these motions.