**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 17-22679-CIV-MARTINEZ/OTAZO-REYES

SHOW ME HOSPITALITY, LLC, a
Missouri limited liability company,

    Plaintiff,

v.

TIM HORTONS USA, INC., a
Delaware corporation,

    Defendant.
_____/

## JOINT MOTION TO CONSOLIDATE RELATED CASES

Plaintiff Show Me Hospitality, LLC ("Show Me") and Defendant Tim Hortons USA, Inc. ("THUSA") (collectively the "Parties"), by and through their respective undersigned counsel and pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, jointly move to consolidate the instant action with the related action also pending before this Court, *Tim Hortons USA, Inc. v. Show Me Hospitality, LLC and Eric D. Sigurdson*, Case No. 17-24423-CIV-MARTINEZ.

1. As this Court is aware, the Parties are involved in a related action, *Tim Hortons USA, Inc. v. Show Me Hospitality, LLC and Eric D. Sigurdson*, Case No. 17-24423-CIV-MARTINEZ (the "THUSA Initiated Action"), that is also pending before this Court. THUSA filed the THUSA Initiated Action on December 6, 2017, which was transferred to this Court on March 1, 2018.

2. On April 6, 2018, the Parties filed a Joint Motion to Extend all Deadlines, including the Trial Deadlines, and to Consolidate Discovery [ECF No. 38]. The Parties requested this Court to extend all the deadlines, including the trial deadlines, in the instant action to

coincide with the deadlines this Court enters in the Joint Scheduling Report in the THUSA Initiated Action. The Court granted that motion and entered its Order Revising Scheduling Order and Consolidating Cases for Discovery on April 26, 2018 [DE 40].

3. The Parties now move to consolidate the two actions in their entirety. Pursuant to Fed. R. Civ. P. 42(a), this Court has broad discretion to consolidate cases pending within its district. *See, e.g.*, *Bedwell v. Braztech Int'l, L.C.*, No. 17-CIV-22335, 2018 WL 830073, at *2 (S.D. Fla. Feb. 9, 2018). Where cases involve a common question of law or fact, consolidation benefits the Court and the parties by expediting pretrial proceedings, eliminating unnecessary repetition, and minimizing the expenditure of resources for all concerned. *Newman v. Eagle Building Technologies*, 209 F.R.D. 499, 501-02 (S.D. Fla. 2002).

4. The Eleventh Circuit has "encouraged trial judges to 'make good use of Rule 42(a) … in order to expedite the trial and eliminate unnecessary repetition and confusion.'" *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F. 2d 1492, 1495 (11th Cir. 1985) (citations omitted); *see also Hargett v. Valley Fed. Sav. Bank*, 60 F. 3d 754, 765-66 (11th Cir. 1995) ("The proper solution to problems created by the existence of two or more cases involving the same parties and issues, simultaneously pending in the same court would be to consolidate them under Rule 42(a).") (internal quotations and citation omitted).

5. This Court should consolidate the actions, because they deal with similar questions of law and fact and the motion to dismiss is no longer pending in this case. The issues in both cases overlap because the disputes concern the same parties and contracts. Accordingly, the Parties agree and submit to this Court that it would make sense for the Court to consolidate the two actions. Further, the Parties agree and submit that this Court should leave in place to govern the consolidated matter the Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge in the THUSA Initiated

Action at DE 33.

6. This request will not prejudice any of the Parties as the Parties are in agreement, and it makes sense for this Court to consolidate these matters in their entirety.

7. Accordingly, the Parties jointly request that this Court consolidate the two actions in the interest of judicial economy and to avoid unnecessary duplication of judicial labor and resources.

8. Thus, for the good cause set forth above, the Parties respectfully request that this Court enter an Order to consolidate the two matters.

WHEREFORE, Plaintiff Show Me Hospitality, LLC and Defendant Tim Hortons USA, Inc. request that this Court enter an Order to consolidate the instant action with the related action also pending before this Court, *Tim Hortons USA, Inc. v. Show Me Hospitality, LLC and Eric D. Sigurdson*, Case No. 17-24423-CIV-MARTINEZ, and for such further and other relief as this Court deems proper.

[CONTINUED ON NEXT PAGE]

Dated this 15th day of May, 2018.

| | |
|---|---|
| GENOVESE JOBLOVE & BATTISTA, P.A.<br>*Attorneys Defendant Tim Hortons USA, Inc.*<br>100 S.E. 2nd Street<br>Miami Tower, Suite 4400<br>Miami, FL 33131<br>T: (305) 349-2300<br>F: (305) 349-2310 | ZARCO EINHORN SALKOWSKI & BRITO, P.A.<br>*Attorneys for Plaintiff Show Me Hospitality, LLC*<br>One Biscayne Tower<br>2 S. Biscayne Blvd., 34th Floor<br>Miami, FL 33131<br>T: (305) 374-5418<br>F: (305) 374-5428<br><br>--and--<br><br>DADY & GARDNER, P.A.<br>*Attorneys for Plaintiff Show Me Hospitality, LLC*<br>5100 IDS Center, 80 South Eighth Street<br>Minneapolis, MN 55402<br>T: (612) 359-9000 |
| By: s/ Nina Greene<br>    Michael D. Joblove<br>    Fla. Bar No. 354147<br>    mjoblove@gjb-law.com<br>    Nina Greene<br>    Fla. Bar No. 72079<br>    ngreene@gjb-law.com | By: s/ Andrew M. Malzahn<br>    Scott E. Korzenowski MN #027155X<br>    (Admitted pro hac vice)<br>    sekorzenowski@dadygardner.com<br>    Andrew M. Malzahn MN #0397571<br>    (Admitted pro hac vice)<br>    amalzahn@dadygardner.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                    /s/Nina Greene
                                    Attorney

## SERVICE LIST

### *Show Me Hospitality, LLC v. Tim Hortons USA, Inc.*
### CASE NO.: 17-22679-CIV-MARTINEZ/OTAZO-REYES

**(1)** Michael D. Joblove
mjoblove@gjb-law.com
Nina Greene
ngreene@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:      (305) 349-2310
*Attorneys for Defendant Tim Hortons USA, Inc.*

**(2)** Robert Zarco
rzarco@zarcolaw.com
Robert M. Einhorn
reinhorn@zarcolaw.com
Alaina B. Siminovsky
asiminovsky@zarcolaw.com
ZARCO EINHORN SALKOWSKI & BRITO, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., 34th Floor
Miami, Florida  33131
Telephone:     (305) 374-5418
Facsimile:      (305) 374-5428
*Attorneys for Plaintiff Show Me Hospitality, LLC*
**SERVED VIA CM/ECF**

**(3)** Scott E. Korzenowski - *Pro Hac Vice*
sekorzenowski@dadygardner.com
Andrew M. Malzahn - *Pro Hac Vice*
amalzahn@dadygardner.com
DADY & GARDNER, P.A.
5100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*Attorneys for Plaintiff Show Me Hospitality, LLC*
**SERVED VIA CM/ECF**