UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHOW ME HOSPITALITY, LLC, a
Missouri limited liability company,
    Plaintiff,

vs.                            Case No. 17-22679-CIV-MARTINEZ-OTAZO-REYES

TIM HORTONS USA, INC., a Delaware
corporation,
    Defendant.
_____/

TIM HORTONS USA, INC.,
    Plaintiff,

vs.                            Case No. 17-24423-CIV-MARTINEZ-OTAZO-REYES

SHOW ME HOSPITALITY, LLC.
and Eric D. Sigurdson,
    Defendants.
_____/

## ORDER CONSOLIDATING CASES

THIS CAUSE came before the Court upon the parties' Joint Motion to Consolidate Related Cases [Case No. 17-22679, ECF No. 42]. The Court has carefully reviewed the case files and is otherwise duly advised. The Court finds that, pursuant to Fed. R. Civ. P. 42(a), consolidation of the above-captioned cases is appropriate for all purposes, including pretrial procedures and trial. It is, therefore:

**ORDERED AND ADJUDGED** that

1.     The parties' Joint Motion to Consolidate Related Cases [Case No. 17-22679, ECF No. 42] is **GRANTED**. The above-captioned actions are hereby **CONSOLIDATED** into one action for all purposes.

2. All pleadings and other filings in connection with the consolidated cases shall be filed in **Case No. 17-22679-CIV-MARTINEZ-OTAZO-REYES** ("the consolidated case").

3. The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE Case No. 17-24423-CIV-MARTINEZ-OTAZO-REYES**.

4. To the extent that the earlier pretrial deadlines were not revised by the Court's April 26, 2018 Order Revising Scheduling Order entered in Case No. 17-22679 [ECF No. 39][1], the Court's April 25, 2018 Scheduling Order entered in Case No. 17-24423 [ECF No. 33] applies to this consolidated action. The Court's April 26, 2018 Order Revising Scheduling Order entered in Case No. 17-22679 [ECF No. 39] governs all other pretrial deadlines.

5. The Clerk of the Court is **DIRECTED** to file a copy of this Order in each of the above-captioned cases.

6. Plaintiff Show Me Hospitality's Unopposed Motion for Leave to File First Amended Complaint [ECF No 44] filed in Case No. 17-22679 is **GRANTED**. Plaintiff Show Me Hospitality shall refile its First Amended Complaint as a separate docket entry on or before **June 15, 2018**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of June, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

---

[1] The relevant pretrial deadlines are: (a) Joinder of additional parties, motions to amend the complaint, and motions for class certification; (b) Parties shall exchange expert witness summaries and reports; (c) Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify; and (d) Parties exchange rebuttal expert witness summaries and reports.