UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22679-CIV-MARTINEZ/AOR

SHOW ME HOSPITALITY, LLC,

    Plaintiff,

v.

TIM HORTONS USA, INC.,

    Defendant.
_____/

TIM HORTONS USA INC.,

    Counter-Plaintiff,

v.

SHOW ME HOSPITALITY, LLC,

    Counter-Defendant,

ERIC D. SIGURDSON,

    Third Party Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Show Me Hospitality, LLC ("Plaintiff"), Defendant Tim Hortons USA, Inc. ("Defendant"), and Third-Party Defendant Eric D. Sigurdson's ("Sigurdson") Joint Notice of Discovery Hearing [D.E. 61]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 26]. The undersigned held a hearing on this matter on September 13, 2018. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

➢ As to Plaintiff's Request for Production No. 13, that request is DENIED.

- ➤ <u>As to Plaintiff's Request for Production No. 33</u>, that request is DENIED without prejudice to its renewal in the form of a request for admission.

- ➤ <u>As to Plaintiff's Request for Production No. 34</u>, that request is DENIED without prejudice to its renewal, if appropriate, pending production of documents used or relied upon by Defendant's rebuttal expert.

- ➤ <u>As to Plaintiff's Request for Production No. 39</u>, that request is GRANTED.

- ➤ <u>As to Plaintiff's Request for Production No. 40</u>, that request is DENIED without prejudice to address the issue at Defendant's corporate representative's deposition.

- ➤ <u>As to Plaintiff's Request for Production No. 41</u>, that request is GRANTED, limited to the years 2015 and 2016.

- ➤ <u>As to Plaintiff's Interrogatory No. 5</u>, that request is GRANTED IN PART as follows. Plaintiff may inquire regarding potential existence of additional responsive documents beyond those identified in the answer at Defendant's corporate representative's deposition. If there are additional documents, those documents shall be produced.

- ➤ <u>As to Defendant's Notice of Taking Deposition of Stephen Goldstein</u>, the deposition of Stephen Goldstein shall go forward and shall take place by telephonic or video conference, if permitted under the laws of Switzerland.

- ➤ A continued Discovery Hearing is SET for **September 19, 2018 at 9:00 AM at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Plaintiff's counsel may appear telephonically. Counsel

for Plaintiff shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0919.

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of September, 2018.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
Counsel of Record