UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22679-CIV-MARTINEZ/AOR

SHOW ME HOSPITALITY, LLC,

    Plaintiff,

v.

TIM HORTONS USA, INC.,

    Defendant.
_____/

TIM HORTONS USA INC.,

    Counter-Plaintiff,

v.

SHOW ME HOSPITALITY, LLC,

    Counter-Defendant,

ERIC D. SIGURDSON,

    Third Party Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on September 19, 2018 for a Continued Discovery Hearing on Plaintiff Show Me Hospitality, LLC ("Plaintiff"), Defendant Tim Hortons USA, Inc. ("Defendant"), and Third-Party Defendant Eric D. Sigurdson's ("Sigurdson") Joint Notice of Discovery Hearing [D.E. 61]. The undersigned deferred consideration of Plaintiff and Sigurdson's Notice of Discovery Hearing [D.E. 70] pending the parties' proposal of a date to address this matter. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 26]. In accordance with the undersigned's rulings at the Continued Discovery Hearing, it is

ORDERED AND ADJUDGED as follows:

- Plaintiff shall return to Defendant the inadvertently-produced privileged documents that it has not yet returned and file an affidavit that all inadvertently-produced privileged documents have been returned or destroyed (including electronic copies). Defendant shall produce the documents discussed at the hearing in unredacted form for attorneys' eyes only and not to be shared with anyone else, including experts.

- As to the privilege claims in Items Nos. 6-11 and 13 of Plaintiff's Amended Privilege Log, those privilege claims are SUSTAINED.

- As to Plaintiff's Interrogatories Nos. 6 and 7, Defendant shall supplement its answers with the dates when the employees no longer employed by it left employment.

- As to Plaintiff's Interrogatory No. 11, Defendant's objection is SUSTAINED.

- As to Plaintiff's Interrogatory No. 24, Plaintiff's request for better answers is DENIED without prejudice to addressing this issue in the form of requests for admissions.

- As to Areas of Inquiry Nos. 9, 10 and 33 in Plaintiff and Sigurdson's Notice of Taking Rule 30(B)(6) Deposition of Defendant (hereafter, "Deposition Notice") [D.E. 62 at 135-143], Defendant's objections are OVERRULED.

- As to Area of Inquiry No. 22 in the Deposition Notice, the topic is limited to the effect of termination of Defendant employees on the support furnished to Show Me Hospitality.

3

> As to Areas of Inquiry Nos. 24 and 30 in the Deposition Notice, the topics will be limited to any conflict between Defendant's expansion strategy and stance regarding Standard versus Non-Standard restaurants on the one hand and the Area Development Agreement on the other hand.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of September, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
Counsel of Record