**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.: 17-22679-CIV-MARTINEZ/OTAZO-REYES

SHOW ME HOSPITALITY, LLC,

    Plaintiff/Counter-Defendant,

v.

TIM HORTONS USA, INC.,

    Defendant/Counter-Plaintiff,

_____/

**TIM HORTONS USA, INC.'S MOTION TO FILE UNDER SEAL**

Defendant Tim Hortons USA, Inc. ("THUSA"), pursuant to the Southern District of Florida Local Rule 5.4, hereby submits this Motion to File Under Seal Exhibits 2, 3, 13, 14 and 35 to the deposition of Eric Sigurdson ("Sigurdson") taken on September 4, 2018, September 5, 2018 and September 6, 2018 and Exhibit 5 to the deposition of Jeff Tottleben ("Tottleben") taken on October 25, 2018. In support thereof, THUSA states as follows:

    1.    During the deposition of Sigurdson, Exhibits 2, 3, 13, 14 and 35 were marked as confidential pursuant to the parties' Agreed Protective Order [DE 51].

    2.    During the deposition of Tottleben, Exhibit 5 was marked as confidential pursuant to the parties' Agreed Protective Order [DE 51].

    3.    As a result, THUSA requests that Exhibits 2, 3, 13, 14 and 35 to the deposition of Sigurdson taken on September 4, 2018, September 5, 2018 and September 6, 2018 and Exhibit 5 to the deposition of Tottleben taken on October 25, 2018 be filed under seal at this time.

    4.    As required by Local Rule 5.4, the foregoing document will be filed electronically as a sealed document in CM/ECF using events specifically earmarked for sealed civil filings.

5. THUSA respectfully requests that the foregoing document be maintained under seal by the Clerk's Office until conclusion of this action or direct appeal. Upon the expiration of the time specific in the Court's sealing order, THUSA requests that the Clerk's office destroy the document.

WHEREFORE, Defendant Tim Hortons USA, Inc. respectfully requests that this Court grant its Motion to File Under Seal and for such other and further relief as this Court deems just and proper.

s/Nina Greene
Michael D. Joblove
Florida Bar No.: 354147
mjoblove@gjb-law.com
Nina Greene, Esq.
Florida Bar No. 072079
ngreene@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast Second Street, 44th Floor
Miami, Florida  33131
Telephone: (305) 349-2300
*Attorneys for Defendant*

CASE NO.: 17-22679-CIV-MARTINEZ/OTAZO-REYES

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF this 29th day of October, 2018.

        **s./ Nina Greene**
        Attorney

CASE NO.: 17-22679-CIV-MARTINEZ/OTAZO-REYES

## **SERVICE LIST**

*Show Me Hospitality, LLC v. Tim Hortons USA, Inc.*
**CASE NO.: 17-22679-CIV-MARTINEZ/OTAZO-REYES**

**(1)** Michael D. Joblove
mjoblove@gjb-law.com
Nina Greene
ngreene@gjb-law.com
Martin J. Keane
mkeane@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:     (305) 349-2310
*Attorneys for Defendant Tim Hortons USA, Inc.*

**(2)** Robert Zarco
rzarco@zarcolaw.com
Robert M. Einhorn
reinhorn@zarcolaw.com
Alaina B. Siminovsky
asiminovsky@zarcolaw.com
ZARCO EINHORN SALKOWSKI & BRITO, P.A.
One Biscayne Tower
2 South Biscayne Boulevard - 34th Floor
Miami, Florida  33131
Telephone:     (305) 374-5418
Facsimile:     (305) 374-5428
*Attorneys for Plaintiff Show Me Hospitality, LLC*
**SERVED VIA CM/ECF**

**(3)** Scott E. Korzenowski - *Pro Hac Vice*
sekorzenowski@dadygarner.com
Andrew M. Malzahn - *Pro Hac Vice*
amalzahn@dadygarner.com
DADY & GARDNER, P.A.
5100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
*Attorneys for Plaintiff Show Me Hospitality, LLC*
**SERVED VIA CM/ECF**