UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-22679-CIV-MARTINEZ-OTAZO-REYES

SHOW ME HOSPITALITY, LLC,
    Plaintiff/Counter-Defendant,

vs.

TIM HORTONS USA, INC.,
    Defendant/Counter-Plaintiff,

ERIC D. SIGURDSON,
    Third-Party Defendant.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **ALICIA M. OTAZO-REYES** to take all necessary and proper action as required by law with respect to:

**All matters relating to Plaintiff Show Me Hospitality, LLC's Motion *In Limine* to Preclude Certain Testimony of Defendant Tim Hortons USA, Inc.'s Expert Barry Mukamal [ECF No. 136].**

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 17-22679-CIV-MARTINEZ-OTAZO-REYES).

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of January, 2019.

                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record