UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-22679-CIV-MARTINEZ/OTAZO-REYES

SHOW ME HOSPITALITY, LLC,
    Plaintiff/Counter-Defendant,

vs.

TIM HORTONS USA, INC.,
    Defendant/Counter-Plaintiff,

ERIC D. SIGURDSON,
    Third-Party Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation Defendant John Roe's Bill of Costs, (ECF No. 304), and Memorandum of Law in Support of Bill of Costs, (ECF No. 305), (collectively, "Bill of Costs"). Magistrate Judge Otazo-Reyes filed a Report and Recommendation recommending that the Bill of Costs be approved, and that Defendant be awarded $29,055.16 in costs. (ECF No. 310). The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation (ECF No. 310) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendant's Bill of Costs, (ECF Nos. 304, 305), is **GRANTED**. Defendant shall be awarded **$29,055.16** in costs.

DONE AND ORDERED in Chambers at Miami, Florida, this **10** day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record